**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7220**

———————————

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

        versus

JOSE ANGEL PEREZ,

                            Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, Senior District Judge.  (CR-93-26-F)

———————————

Submitted:  November 29, 2001        Decided:  December 6, 2001

———————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jose Angel Perez, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Angel Perez appeals from the district court's order denying his petition for writ of audita querela. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Perez, No. CR-93-26-F (E.D.N.C. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED